IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VICTOR BEARD, #292390, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:14cv748-WHA |
| ) | |
| ROBERT BENTLEY, et al., ) | (WO) |
| ) | |
| Defendants. ) | |

# **FINAL JUDGMENT**

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Defendants, and against the Plaintiff, Victor Beard, and this case is DISMISSED without prejudice.

DONE this 1st day of October, 2014.

/s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE